UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-655** |
| **KEITH DEVILLE, WARDEN** | **SECTION: "G"(3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Rene Williams is **DISMISSED WITH PREJUDICE** as untimely filed.

**NEW ORLEANS, LOUISIANA,** this 29th day of April, 2019.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**